UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MICHAEL HAYWARD,                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )    No. 1:06CV86 FRB
                                    )
STEAK-N-SHAKE,                      )
                                    )
                Defendant.          )

**ORDER**

The above cause was assigned to the undersigned United States Magistrate Judge by random selection pursuant to Rule 2.08 of the Local Rules of this Court. Pursuant to Local Rule 2.08(A), when a case is so assigned to a magistrate judge, each party is required to sign and file with the Clerk of the Court a form indicating whether they consent to the magistrate judge assignment or opt to have the case reassigned to a district judge. Local Rule 2.08(A) requires that this form is to be submitted to the Court not later than the twentieth day after the appearance of the party.

The Clerk of the Court has informed the undersigned that a deadline for the filing of the consent/opt out forms by one of the parties in this case has passed and that, in spite of the fact that the Clerk wrote a letter to that party reminding them of their obligation to file the form, the party has not yet filed the form.

Accordingly,

**IT IS HEREBY ORDERED** that this cause be randomly reassigned by the Clerk of the Court to a United States District Judge for all further proceedings.

_Frederick R. Buckles_

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2006.