UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL HAYWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06CV86 HEA |
| | ) |
| STEAK N SHAKE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on defendant's Motion for Sanctions, [Doc. No. 27]. Plaintiff has not responded to the motion within the time provided by the Court's Local Rules. On April 11, 2007, the Court granted Defendant's Motion to Compel and ordered Plaintiff to provide discovery within ten (10) days from the date of the Order. Plaintiff has failed to provide the said discovery. The April 11, 2007 Order also advised Plaintiff that failure to provide the discovery would result in sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Sanctions, [Doc. No. 27], is granted.

**IT IS FURTHER ORDERED** that this matter is dismissed without

prejudice for failure to prosecute.

Dated this 15th day of May, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE